

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-19-00222-CV

SANJAY JOSHI, APPELLANT

V.

SOUTHLAKE AUTOMOTIVE, LLC, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2016-006369-1, Honorable Don Pierson, Presiding

June 21, 2019

## ORDER OF ABATEMENT

Before QUINN, C.J., and CAMPBELL and PARKER, JJ.

Appellant, Sanjay Joshi, appeals from a take-nothing judgment against both appellant and appellee, Southlake Automotive, LLC. Appellee has filed a cross-appeal. The judgment was originally appealed to the Second Court of Appeals. By letter of May 21, 2019, the Second Court of Appeals advised the parties of its intent to refer the matter to mediation and directed the parties to select a mediator. On June 4, 2019, the parties notified the Second Court of Appeals that they had agreed upon a mediator. The appeal

was subsequently transferred to this Court by order of the Texas Supreme Court. TEX. GOV'T CODE ANN. § 73.001 (West 2013).

Accordingly, to expedite the possible disposition of this appeal and in the interest of conservation of judicial resources, we abate the appeal and suspend all appellate deadlines. This cause will be removed from our active docket and treated as a closed case until August 20, 2019, or until further order of this Court. *See* TEX. R. APP. P. 2, 43.6. The parties are directed to advise this Court of the status of the mediation by August 20, 2019.

It is so ordered.

Per Curiam